NOTE: This order is nonprecedential.

# United States Court of Appeals
# for the Federal Circuit

---

**APPLE INC.,**
*Plaintiff-Appellant,*

v.

**SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC., AND SAMSUNG TELECOMMUNICATIONS AMERICA, LLC,**
*Defendants-Cross Appellants.*

---

2012-1600, -1606

---

Appeals from the United States District Court for the Northern District of California in case no. 11-CV-1846, Judge Lucy H. Koh.

---

**ON MOTION**

---

**ORDER**

Upon consideration of Apple Inc.'s unopposed motion for leave to file a corrected brief,

IT IS ORDERED THAT:

The motion is granted.

APPLE INC. V SAMSUNG ELECTRONICS CO., LTD.                    2

FOR THE COURT

SEP 2 4 2012

Date

/s/ Jan Horbaly

Jan Horbaly
Clerk

cc:  Kathleen M. Sullivan, Esq.
     William F. Lee, Esq.
     William R. Stein, Esq.

s19

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

SEP 2 4 2012

JAN HORBALY
CLERK